David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6615 CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Dena J. Stanley, Individually and on behalf of Jessie Setliff, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Dena J. Stanley, Individually and on behalf of Jessie Setliff, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED:  Jan. 12, 2010       MATTHEWS & ASSOCIATES

By:_____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

1

2    DATED: Jan. 12, 2010      DLA PIPER LLP (US)

3

4                              By: _____
                                    Michelle W. Sadowsky
5                                   *Attorneys for Defendants*

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10   Dated: FEB 17 2010

11                              Hon. Charles R. Breyer
                                United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE