1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6615 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Dena J. Stanley, Individually and on behalf of Jessie Setliff,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Dena J. Stanley, Individually and on behalf of Jessie Setliff, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

By:_____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010          DLA PIPER LLP (US)

By: _____
       Michelle W. Sadowsky
       *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**